No. 74–1146. CIA DE NAV. MAR. NETUMAR v. CONCEI-
CAO ET AL. C. A. 2d Cir. Certiorari denied. 

No. 74–1147. HARWELL, ADMINISTRATRIX v. WEST-
CHESTER FIRE INSURANCE CO., A DIVISION OF CRUM &
FORSTER INSURANCE COS. C. A. 8th Cir. Certiorari de-
nied. 

No. 74–1149. FIRST NATIONAL BANK & TRUST CO.,
CHICKASHA, OKLAHOMA v. CONTINENTAL INSURANCE CO.
C. A. 10th Cir. Certiorari denied. 

No. 74–1154. WHITNEY ET AL. v. TSOSIE ET UX. Ct.
App. N. M. Certiorari denied.

No. 74–1225. DORGAN, TAX COMMISSIONER OF NORTH
DAKOTA v. MESSNER ET UX. Sup. Ct. N. D. Certiorari
denied.

No. 74–5854. HARSHAW v. UNITED STATES. C. A.
8th Cir. Certiorari denied.

No. 74–5861. OUZTS v. MARYLAND NATIONAL INSUR-
ANCE CO. ET AL. C. A. 9th Cir. Certiorari denied. ██

No. 74–5872. JOHNSON v. UNITED STATES. C. A. 7th
Cir. Certiorari denied. 

No. 74–5956. MUNDT v. UNITED STATES. C. A. 10th
Cir. Certiorari denied. 

No. 74–5966. SERRANO v. UNITED STATES. C. A. 2d
Cir. Certiorari denied. 

No. 74–5971. SPIVEY v. UNITED STATES. C. A. 10th
Cir. Certiorari denied.